UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fidel FLORES PEREZ,<br><br>        Petitioner,<br><br>v.<br><br>Pamela BONDI, et al.,<br><br>        Respondents. | Case No.: 25-cv-3820-AGS-MSB<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |

 Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 23, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

 Respondents must provide petitioner with a bond hearing before an immigration judge by **February 19, 2026**. The Clerk is directed to issue a judgment and close this case.

Dated: February 5, 2026

                  _____
                  Hon. Andrew G. Schopler
                  United States District Judge